# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INNOMEMORY LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:23-CV-00339-RWS-RSP |
| | § | |
| v. | § | |
| | § | |
| PANASONIC CORPORATION OF NORTH AMERICA, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal filed by InnoMemory, LLC. (Dkt. No. 12.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id.* at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 1st day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE